**Carebuilt Corporation, Hugh W. Urban, and Otto C. Stephani, Plaintiffs-Appellants, v. W. F. Horsting, Jr., et al., Defendants-Appellees.**

Gen. No. 48,688.

First District, Second Division.

March 14, 1963.

Rehearing denied April 11, 1963.

Park-
hill, Severns and Stansell, of Chicago (Kenart M. Rahn, of counsel), for appellants; Samuel Morgan, of Chicago, for appellees.
Opinion by JUSTICE FRIEND. Not to be published in full.